Magistrate Judge Brian A. Tsuchida

1
2
3
4
5
6
7               UNITED STATES DISTRICT COURT FOR THE
                   WESTERN DISTRICT OF WASHINGTON
8                              AT SEATTLE
9
10
11   UNITED STATES OF AMERICA          NO. CR23-178 RAJ and
                                       NO. CR23-179 RAJ
                   Plaintiff,
12                                     **GOVERNMENT'S MEMORANDUM**
          v.                           **REGARDING PLEA PROCEEDINGS**
13
14   BINANCE HOLDINGS LIMITED, d/b/a
     BINANCE.COM, and
15   CHANGPENG ZHAO, aka "CZ,"
16
                   Defendants.
17

18
19          The United States, by and through the undersigned attorneys, respectfully files this

20   Motion on Proposed Plea Proceedings related to the cases involving Defendant BINANCE

21   HOLDINGS   LIMITED,   d/b/a   BINANCE.COM   ("Binance")   and   Binance's   chief

22   executive officer, Defendant CHANGPENG ZHAO, aka "CZ" ("Zhao").

23          The government filed separate Informations against Defendants Binance and Zhao

24   on November 14, 2023. The Defendants and the United States (together, the "Parties") will

25   sign plea agreements. The government respectfully proposes that the Court conduct the

26   plea proceedings as described herein. Because there are some non-standard aspects of the

27

Government's Motion on Proposed Plea Proceedings - 1
*United States v. Binance Holdings Limited*, CR23-178 RAJ
*United States v. Changpeng Zhao*, CR23-179 JHC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

plea agreements, the government offers an overview of the agreements and certain issues that will arise at the plea hearing.

## I.   PROPOSED PROCEEDINGS

As an initial matter, the government has moved to keep these cases under seal until the plea hearings begin in open court.

The parties request that the Court proceed with Mr. Zhao's plea hearing first, followed by the plea hearing for Binance.

With respect to Binance's corporate guilty plea, the government proposes the following steps before review of the terms of the plea agreement:

(i)   place Binance's duly authorized corporate officer (the "Corporate Officer") under oath;

(ii)   confirm that the Corporate Officer has, in fact, been authorized by Binance's sole Director to speak and act on Binance's behalf throughout the proceeding;

(iii)   confirm that the Corporate Officer and the sole Director fully understand the purpose and consequences of the proceeding; and

(iv)   confirm that counsel for Binance has explained to the Corporate Officer and the sole Director the consequences that may flow from the proceeding.

## II.   OVERVIEW OF PLEA AGREEMENTS

### 1.   Zhao Plea Agreement

Pursuant to the Zhao Plea Agreement, Defendant Zhao will plead guilty to violating and causing a financial institution to violate the BSA in violation of Sections 5318(h), 5322(b), 5322(c), and 5322(e) of Title 31, United States Code, and Title 18, United States Code, Sections 2. Defendant Zhao agrees to the Statement of Facts articulated in the Zhao Plea Agreement.

Under the Zhao Plea Agreement, Defendant Zhao agrees to the recommendation that the Court impose a fine in the amount of $50,000,000 pursuant to 31 U.S.C. § 5322(e)

Government's Motion on Proposed Plea Proceedings - 2
*United States v. Binance Holdings Limited*, CR23-178 RAJ
*United States v. Changpeng Zhao*, CR23-179 JHC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

(the "Recommended Fine"). The government agrees to credit the Recommended Fine against the amount the Defendant pays to the Commodity Futures Trading Commission (the "CFTC") in connection with his resolution of *CFTC v. Changpeng Zhao et al*, 23 Civ. 1887 (N.D. Ill. 2023), so long as Zhao pays the amount of the Recommended Fine to the CFTC by the date of his sentencing in this case.

Under the Zhao Plea Agreement, Defendant Zhao also agrees that he shall not—either directly or through present or future attorneys, agents, or any other person authorized to speak for him—make any public statement, in litigation or otherwise, contradicting his acceptance of responsibility, the facts described in the Information and Statement of Facts, or the facts described in the Statement of Facts in *United States v. Binance Holdings Limited*.

**2.    Binance Plea Agreement**

Pursuant to the Binance Plea Agreement, Defendant Binance will plead guilty pursuant to Fed. R. Crim. P. 11(c)(1)(C) to:

(1)    Conspiring to (a) knowingly conduct, control, manage, supervise, direct, and own all or part of an unlicensed money transmitting business ("MTB") in violation of Section 1960 of Title 18, United States Code and (b) violate and cause a financial institution to violate the Bank Secrecy Act ("BSA"), in violation of Sections 5318(h), 5322(b), 5322(c) of Title 31, United States Code, all in violation of Title 18, United States Code, Sections 371;

(2)    Conducting, controlling, managing, supervising, directing, and owning all or part of an unlicensed MTB affecting interstate and foreign commerce—that is, Binance.com—which failed to comply with the MTB registration requirements of Section 5330 of Title 31, United States Code, and regulations prescribed thereunder, including Section 1022.380 of Title 31, Code of Federal Regulations, in violation of Title 18, United States Code, Sections 1960(a), 1960(b)(1)(B), and 2; and

Government's Motion on Proposed Plea Proceedings - 3
*United States v. Binance Holdings Limited*, CR23-178 RAJ
*United States v. Changpeng Zhao*, CR23-179 JHC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

(3)   Knowingly and willfully causing the exportation, sale, and supply, directly and indirectly, from the United States, and by a United States person, wherever located, of services to Iran, without first having obtained the required authorization or license from the U.S. Department of the Treasury's Office of Foreign Assets Control, in violation of Title 50, United States Code, Section 1705; Title 18, United States Code, Section 2; and Title 31, Code of Federal Regulations, Sections 560.204, 560.410, and 560.427.

The material terms of the Binance Plea Agreement include:

(1)   Defendant Binance agrees to the Statement of Facts articulated in Attachment A to the Binance Plea Agreement.

(2)   Defendant Binance will cooperate fully with the government in any and all matters relating to the conduct described in the Plea Agreement and the Statement of Facts and any individual or entity referred to therein, as well as any other conduct under investigation by the government at any time during the Term of the Plea Agreement.

(3)   Defendant Binance has accepted the resignation of Zhao, its CEO, and prohibited him from any present or future involvement in operating or managing Defendant's business.   This prohibition begins as of plea acceptance and ends three years from the date a monitor is appointed;

(4)   Defendant Binance will maintain and enhance its compliance program, as outlined in Attachment C to the Binance Plea Agreement.

(5)   Defendant Binance will appoint an independent compliance monitor for a period of three years to ensure Binance's compliance with the terms of the Plea Agreement and report to the government, as described in Attachment D to the Binance Plea Agreement.

(6)   At the conclusion of the term of the plea agreement, Binance's chief executive officer and chief compliance officer will certify that Binance has

Government's Motion on Proposed Plea Proceedings - 4
*United States v. Binance Holdings Limited*, CR23-178 RAJ
*United States v. Changpeng Zhao*, CR23-179 JHC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

met its disclosure obligations pursuant to the Binance Plea Agreement, including the obligation to inform the Offices promptly about any evidence or allegation of money laundering, compliance, and sanctions-related misconduct, as well as other criminal violations of federal law.

(7)   At the conclusion of the term of the plea agreement, Binance's chief executive officer and chief compliance officer will certify that Binance has met its compliance commitments pursuant to the Binance Plea Agreement and Attachment C.

(8)   Defendant Binance agrees the appropriate sentence is a fine of $1,805,475,575 ("Criminal Fine"), which reflects a 20 percent discount off the bottom of the applicable Sentencing Guidelines fine range for Binance's partial cooperation and remediation. Defendant Binance agrees to pay the Criminal Fine no later than 15 months after Binance's sentencing, subject to crediting with regulatory agencies with which Binance has reached parallel resolutions as described in the Binance Plea Agreement.

(9)   Defendant Binance consents to the entry of an Order of Forfeiture requiring Binance to pay a money judgment, representing property forfeitable to the United States, in the amount of $2,510,650,588 (the "Total Money Judgment"), which consists of:

(i)   $1,612,031,763 in fees that Binance admits it collected for transactions involving its United States users and includes, but is not limited to, a sum of money reflecting the proceeds Binance obtained from the unlicensed MTB offense, an amount which Binance agrees to pay no later than 6 months after Binance's sentencing; and

(ii)   $898,618,825 that Binance admits is the amount of transactions it caused between users who were U.S. persons and persons who resided in Iran in violation of IEEPA and includes, but is not limited to, a sum

Government's Motion on Proposed Plea Proceedings - 5
*United States v. Binance Holdings Limited*, CR23-178 RAJ
*United States v. Changpeng Zhao*, CR23-179 JHC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

of money reflecting the proceeds Binance obtained from this offense, an amount which Binance agrees to pay no later than 30 days after Binance's sentencing.

(10) Defendant Binance agrees that it shall not—either directly or through present or future attorneys, agents, or any other person authorized to speak for Binance—make any public statement, in litigation or otherwise, contradicting the acceptance of responsibility by Binance, the facts described in the Information and Statement of Facts.

In addition, the Binance Plea Agreement includes six attachments:

(1) **Attachment A** contains the Statement of Facts.

(2) **Attachment B** is the company's authorization allowing its Deputy General Counsel to serve as its legal representative and authorize all necessary action leading up to and at the plea hearing.

(3) **Attachment C** outlines Binance's compliance commitments.

(4) **Attachment D** describes the selection process, duration, and scope of the independent compliance monitor.

(5) **Attachment E** is the disclosure certification described above.

(6) **Attachment F** is the compliance certification described above.

(7) **Attachment G** is the Proposed Order of Forfeiture.

Government's Motion on Proposed Plea Proceedings - 6
*United States v. Binance Holdings Limited*, CR23-178 RAJ
*United States v. Changpeng Zhao*, CR23-179 JHC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1    DATED this 20th day of November, 2023.

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

Government's Motion on Proposed Plea Proceedings - 7
*United States v. Binance Holdings Limited*, CR23-178 RAJ
*United States v. Changpeng Zhao*, CR23-179 JHC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1

MARGARET A. MOESER
Acting Chief
Money Laundering and Asset Recovery
Section, Criminal Division
U.S. Department of Justice

TESSA M. GORMAN
Acting United States Attorney
Western District of Washington
U.S. Department of Justice

2

3

4

/s Kevin G. Mosley
Kevin G. Mosley
Elizabeth R. Carr
Trial Attorneys

/s Michael Dion
Michael Dion
Assistant United States Attorney

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

Government's Motion on Proposed Plea Proceedings - 8
*United States v. Binance Holdings Limited*, CR23-178 RAJ
*United States v. Changpeng Zhao*, CR23-179 JHC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

JENNIFER KENNEDY GELLIE
Acting Chief
Counterintelligence and Export Control
Section, National Security Division
U.S. Department of Justice

/s Beau D. Barnes
Beau D. Barnes
Alex Wharton
Trial Attorneys

Government's Motion on Proposed Plea Proceedings - 9
*United States v. Binance Holdings Limited*, CR23-178 RAJ
*United States v. Changpeng Zhao*, CR23-179 JHC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

# CERTIFICATE OF SERVICE

I, Michael Dion certify that I served this filing by email on counsel for the defense on November 20, 2023.

*/s Michael Dion*
MICHAEL DION
Assistant United States Attorney

Government's Motion on Proposed Plea Proceedings - 10
*United States v. Binance Holdings Limited*, CR23-178 RAJ
*United States v. Changpeng Zhao*, CR23-179 JHC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970